IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-cv-266-MOC-DSC

| | |
|---|---|
| **DEUTSCHE BANK TRUST COMPANY AMERICAS, et. al.,** | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | )<br>) |
| **THE BURROUGHS WELLCOME FUND, et. al.,** | )<br>)<br>) |
| Defendants. | )<br>)<br>) |

**THIS MATTER** is before the Court on "Application[s] for Admission to Practice *Pro Hac Vice* [of David M. Zensky, Daniel H. Golden, Stephen M. Baldini, Angeline L. Koo, James P. Chou and Jason L. Goldsmith ]" (documents #11-16). For the reasons stated therein, the Motions are granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Max O. Cogburn, Jr.

**SO ORDERED**.                    Signed: June 13, 2011

David S. Cayer
United States Magistrate Judge