IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-cv-266-MOC-DSC

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, et. al.,<br><br>            Plaintiffs,<br><br>vs.<br><br>THE BURROUGHS WELLCOME FUND, et. al.,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   **ORDER**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**THIS MATTER** is before the Court on "Application for Admission to Practice *Pro Hac Vice* [of Mitchell Hurley]" (document #36). For the reasons stated therein, the Motion is granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Max O. Cogburn, Jr.

**SO ORDERED**.

Signed: July 27, 2011

David S. Cayer
United States Magistrate Judge